The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., FACEBOOK HOLDINGS, LLC, FACEBOOK OPERATIONS, LLC, META PAYMENTS INC., FACEBOOK TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., SNAP INC., TIKTOK INC., BYTEDANCE INC., ALPHABET INC., GOOGLE LLC, XXVI HOLDINGS INC., and YOUTUBE, LLC,<br><br>Defendants. | No. 2:23-cv-00032-RAJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |

NOTICE OF PENDENCY OF
OTHER ACTION

0

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Pursuant to Local Rule 3(h), Plaintiff Seattle School District No. 1 hereby submits this Notice of Pendency of Other Action:

1. *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047 (N.D. Cal.).

The MDL pending in the Northern District of California involves substantially the same parties as the instant case and materially similar subject matter. All the named defendants in the MDL are also defendants in the instant case except for Mark Elliot Zuckerberg, who has not been named in this action.[1] In both cases, plaintiffs allege that the defendants designed, operated, and marketed their social media platforms in a manner harmful to the mental health of youth. While the defendants and the conduct complained of overlap, plaintiffs in the MDL are individuals who have brought personal injury and product liability claims that are unlike the public nuisance claim brought by Plaintiff, a school district. Plaintiff is still assessing to what extent coordination of these similar, yet different actions might avoid conflicts, conserve resources, and promote the efficient determination of the actions. Plaintiff therefore is not yet able to state whether this action should be transferred pursuant to 28 U.S.C. § 1407.

RESPECTFULLY SUBMITTED this 17th day of January, 2023.

KELLER ROHRBACK L.L.P.

By */s/ Garrett A. Heilman*
Garrett A. Heilman
Cari C. Laufenberg
Derek W. Loeser
Dean N. Kawamoto
Felicia J. Craick
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax: (206) 623-3384
gheilman@kellerrohrback.com
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

---

[1] The Meta Payments, Inc. defendant in this action was sued in the MDL under its former name, Facebook Payments, Inc.

NOTICE OF PENDENCY OF OTHER ACTION — 1

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

dkawamoto@kellerrohrback.com
fcraick@kellerrohrback.com

Christopher Springer (*pro hac vice* to follow)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

SEATTLE PUBLIC SCHOOLS

Gregory C. Narver
2445 3rd Ave. So.
Seattle, WA 98134
Telephone: (206) 252-0651
Fax: (206) 252-0111
gcnarver@seattleschools.org

***Attorneys for Plaintiff***

NOTICE OF PENDENCY OF
OTHER ACTION

2

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384